Mariah K. Fairley (SBN 336353)
Email: mfairley@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiff BMO Harris Bank N.A.*

COPY ISSUED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> MALKIAT SINGH D/B/A BAINS TRANSPORT, a California corporation, <br><br> Defendant. | Case No. 1:22-CV-01430-BAM <br><br> [~~PROPOSED~~] **DEFAULT JUDGMENT BY CLERK (FRCP 55(b)(1))** |

Defendant Malkiat Singh d/b/a Bains Transport ("Defendant") has been served with the Summons and a copy of Plaintiff BMO Harris Bank N.A. ("Plaintiff")'s Complaint, has failed to respond to the Complaint within the time allowed by law, and has had default entered against him on December 27, 2022.

Plaintiff applies to the Clerk of the Court for entry of default judgment pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure. The declarations and accompanying exhibits of Mariah K. Fairley and Bryan Schrepel have been received in evidence.

Having considered Plaintiff's application and the evidence submitted that Defendant is indebted to Plaintiff in the amount of $135,749.54 in damages, the Clerk of the Court hereby **ORDERS** the following judgment:

Plaintiff shall recover from Defendant, the sum of $135,749.54 in damages, plus interest according to law from the date of this judgment until the entire amount is paid.

Date: MAY 3 1 2023

**Keith Holland, Clerk**
Clerk, United States District Court

1

[PROPOSED] DEFAULT JUDGMENT BY CLERK (FRCP 55(b)(1))
CASE NO. 1:22-CV-01430-BAM